DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANIBAL GABRIEL CIFFONI,**
Appellant/Cross Appellee,

v.

**DANIELLA MEJIA,**
Appellee/Cross Appellant.

Nos. 4D22-717 and 4D22-802

[July 6, 2023]

Consolidated appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; George Odom, Jr., Judge; L.T. Case No. FMCE20-009839.

Nancy A. Hass of Nancy A. Hass, P.A., Fort Lauderdale, for appellant/cross appellee.

Terrence P. O'Connor of Morgan, Carratt & O'Connor, P.A., Fort Lauderdale, for appellee/cross appellant.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***